ORIGINAL

FILED

09/19/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0509

# IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 23-0509

FILED

JOSEPH S. CLARK,

SEP 19 2023

Petitioner,

Bowen Greenwood
Clerk of Supreme Court
State of Montana

v.

O R D E R

JAMES SALMONSEN, Warden,
Montana State Prison,

Respondent.

Joseph S. Clark, through counsel, has filed a Petition for Writ of Habeas Corpus, alleging that he is incarcerated under a facially invalid sentence because it violates his constitutional right against double jeopardy and because the sentencing court failed to designate him as either a dangerous or non-dangerous offender under § 46-18-202(2), MCA (1993).

Upon review of his Petition, we have determined that Clark's Petition fails to comply with M. R. App. P. 14 in two respects. First, Rule 14(5)(b)(iv) requires that, to the extent they exist, the petitioner must attach as exhibits "a copy of each judgment, order, notice, pleading, document proceeding, or court minute referred to in the petition, or which is necessary to make out a prima facie case or to substantiate the petition or conclusion, or legal effect." Clark's petition was filed without such exhibits. Second, Rule 14(9)(b) requires that all petitions to this Court made under Rule 14 shall not exceed 4,000 words in length. While Clark has not included a Certificate of Compliance, it is apparent that his petition is significantly longer than the permitted length.

IT IS THEREFORE ORDERED that this petition for writ of habeas corpus is DISMISSED WITHOUT PREJUDICE.

The Clerk is directed to provide a copy of this Order to all counsel of record and to Joseph S. Clark personally.

DATED this 19th day of September, 2023.

 

_____

_____

_____

_____

_____
Justices